USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUHARREM BAKLANLI; ENGIN GULER,

                Plaintiffs,

-against-

ERNEST A. OLIVER, *also known as* WILSON THOMAS, SUBWAY REAL ESTATE LLC,

                Defendants.

20-MC-338 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiffs filed this *pro se* action as a purported miscellaneous case (Dkt. 1);

WHEREAS Plaintiffs' complaint asserts claims for trespass, forgery, and breach of contract (Dkt. 1);

WHEREAS Plaintiffs' complaint does not fit any of the listed categories of miscellaneous matters;

IT IS HEREBY ORDERED:

1. The Clerk of Court is directed to open this case as a new civil action and assign the case to the Undersigned's docket.

2. The Clerk of Court is directed to terminate any pending motions and administratively close this miscellaneous case.

A copy of this order will be mailed by chambers.

SO ORDERED.

Dated: October 5, 2020
       New York, New York

                                          _____
                                          VALERIE CAPRONI
                                          United States District Judge